IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MBA ENGINEERING, INC.** as Sponsor and Administrator of the MBA Engineering, Inc. Employees 401(k) Plan and the MBA Engineering, Inc. Cash Balance Plan, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. **3:17-CV-3300-L** |
| **VANTAGE BENEFITS ADMINISTRATORS, INC.; JEFFREY RICHIE; WENDY K. RICHIE; and DOES 1-10,** | § § § § § § | |
| Defendants. | § § | |

# **ORDER**

On June 5, 2018, Defendant Vantage Benefits Administrators, Inc. filed for bankruptcy, seeking relief pursuant to Chapter 7 of the United States Bankruptcy Code. Pursuant to 11 U.S.C. § 362, an automatic stay is now in effect regarding Defendant Vantage Benefits Administrators, Inc.

**It is so ordered** this 12th day of October, 2018.

*[signature: Sam A. Lindsay]*

Sam A. Lindsay
United States District Judge

**Order – Solo Page**